U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**SHARON REIS, individually,**

                                                    Case No. 8:17-cv-01833-JDW-TGW

    **Plaintiff,**

v.

**BANK OF AMERICA, N.A. and**
**PENNYMAC LOAN SERVICES, LLC,**

    **Defendants.**
_____/

## NOTICE OF PENDING SETTLEMENT

       Plaintiff, Sharon Reis and Defendants, PennyMac Loan Services, LLC and Bank of America, N.A. have resolved their differences and reached a settlement of this case. The parties are finalizing the settlement with a written settlement agreement, which they expect to complete within 30 days.

Date: September 4, 2018                Respectfully submitted,

                                                  THE LYONS LAW GROUP, P.A.

                                                  /s/ Rebbecca A. Goodall
                                                 Andrew M. Lyons, Esq.
                                                 Florida Bar No.: 0011288
                                                 Rebbecca A. Goodall, Esq.
                                                 Florida Bar No.: 0115344
                                                 4103 Little Road
                                                 New Port Richey, FL 34655
                                                 (727) 375-8900
                                                 (727) 375-2334 (fax)
                                                 Email Service: pleadings@lyonslawgroup.com
                                                 Attorneys for Plaintiff,
                                                 Sharon Reis

## **CERTIFICATE OF SERVICE**

I certify that on September 4, 2018, the foregoing was served foregoing was served by U.S. mail on **David A. Karp, Esq.** and **Heather Fesnak, Esq.**, Akerman LLP, 401 E. Jackson St., Ste. 1700, Tampa, FL 33602 [david.karp@akerman.com, heather.fesnak@akerman.com] and **William P. Heller, Esq**. Akerman LLP, 350 E. Las Olas Blvd., Ft. Lauderdale, FL 33301 (*counsel for defendant PennyMac Loan Services LLC*)  and counsel for defendant Bank of America, N.A., **Ariel Acevedo, Esq.** and **Omar Perez, Esq.,** Liebler, Gonzalez & Portuondo, 44 W. Flagler St., Suite 2500, Miami, FL 33130 [aa@lgplaw.com; op@lgplaw.com] (*counsel for defendant Bank of America N.A.*).

/s/ Rebbecca A. Goodall
Attorney