UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**SHARON REIS,**

　　**Plaintiff,**

v.　　　　　　　　　　　　　　　　　　　　　　Case No. 8:17-cv-1833-JDW-TGW

**BANK OF AMERICA, N.A. and**
**PENNYMAC LOAN SERVICES, LLC,**

　　**Defendants.**
_____/

## ORDER

　　The Court has been advised that this case has been settled (Dkt. 52). Accordingly, pursuant to Local Rule 3.08(b), M.D. Fla., this cause is **DISMISSED** without prejudice and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose or for any party to move to reopen the action, *upon good cause shown*. After that sixty (60) day period, however, dismissal shall be with prejudice. All pending motions, if any, are **DENIED** as moot. The Clerk is directed to **CLOSE** the file.

　　**DONE AND ORDERED** in chambers this 5th day of September, 2018.

　　　　　　　　　　　　　　　　　　　　　　　*/s/ James D. Whittemore*

　　　　　　　　　　　　　　　　　　　　　　　**JAMES D. WHITTEMORE**
　　　　　　　　　　　　　　　　　　　　　　　**United States District Judge**

Copies to:
Counsel of Record