# U.S. DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**SHARON REIS, individually,**

                                                            Case No. 8:17-cv-01833-JDW-TGW

     **Plaintiff,**

**v.**

**BANK OF AMERICA, N.A. and**
**PENNYMAC LOAN SERVICES, LLC,**

     **Defendants.**
_____/

## **NOTICE OF DISMISSAL WITH PREJUDICE**

You are hereby notified that Plaintiff, Sharon Reis, voluntarily dismisses this case with prejudice due to a settlement in this matter. All Counts of the Complaint against Defendants, PennyMac Loan Services, LLC and Bank of America, N.A., are hereby dismissed.

Date:  November 8, 2018                    Respectfully submitted,

                                                 THE LYONS LAW GROUP, P.A.

                                                 /s/ Rebbecca A. Goodall
                                               Andrew M. Lyons, Esq.
                                               Florida Bar No.:  0011288
                                             Rebbecca A. Goodall, Esq.
                                             Florida Bar No.:  0115344
                                             4103 Little Road
                                             New Port Richey, FL  34655
                                             (727) 375-8900
                                             (727) 375-2334 (fax)
                                             Email Service: pleadings@lyonslawgroup.com
                                             Attorneys for Plaintiff,
                                             Sharon Reis

## CERTIFICATE OF SERVICE

I certify that on a copy of the foregoing was transmitted by the Court's CM/ECF e-mail system on November 8, 2018, to **David A. Karp, Esq.** and **Heather Fesnak, Esq.**, Akerman LLP, [david.karp@akerman.com, heather.fesnak@akerman.com] (*counsel for defendant PennyMac Loan Services LLC*) and to **Ariel Acevedo, Esq.** and **Omar Perez, Esq.,** Liebler, Gonzalez & Portuondo, [aa@lgplaw.com; op@lgplaw.com] (*counsel for defendant Bank of America N.A.*).

/s/ Rebbecca A. Goodall
Attorney